

777 Westchester Ave, Suite 101
White Plains, New York 10604
(O) (914) 705-5497
(F) (914) 206-4167
www.ElHaglaw.com
Jordan@Elhaglaw.com

*The Firm that Fights for Workers' Rights!*

August 21, 2015

Honorable Judge Nelson S. Roman
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

      **Re:  Index No. 15-CV- 5077 (Tamo v. Capri Pizza et. al.)
      Joint Letter Motion Requesting Approval of FLSA
      Settlement**

Dear Honorable Judge Roman,

I am sending this letter motion on behalf of both Parties.  The Parties to this matter have reached a proposed settlement, and respectfully request that your honor review the terms and conditions thereof, and if acceptable, approve the Parties stipulation of settlement.

Enclosed with this letter motion are copies of the executed settlement agreement & stipulation of settlement and proposed order.

Please be advised that the stipulation of settlement and proposed order are attached to the Settlement Agreement as Exhibit-A.  Thank you for your attention to this matter.

      Respectfully,

      El-Hag & Associates, P.C

      /s/ Jordan El-Hag
      _____
      Jordan El-Hag, Esq.
      777 Westchester Ave., Suite 101
      White Plains, N.Y 10604
      (914) 755-1579 (p)
      (914) 206-4176 (f)
      Jordan@elhaglaw.com
      www.elhaglaw.com