Exhibit "A"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
ISIFREDO TAMO,

                Plaintiff,        Docket No.: 15 CV 05077
                                                  (NSR)

    - against –

CAPRI PIZZA AND PASTA COMPANY OF
TARRYTOWN, INC. FRANK (LNU),
MICHAEL ROZINS,

                Defendants.
------------------------------------------------------------------x

## STIPULATION OF SETTLEMENT AND ORDER APPROVING SETTLEMENT AND DISMISSAL OF ACTION WITH PREJUDICE

Plaintiff Isifredo Tamo having filed and served a Complaint in this action alleging certain wage payment, record keeping and notice violations of the Federal Fair Labor Standards Act, as amended, 29 U.S.C. §201 *et seq* ("FLSA") and the New York Labor Law and regulations promulgated thereunder ("NYLL"), by Defendants Capri Pizza and Pasta Company of Tarrytown, Inc., Frank (LNU) whose name actually is Franco Dattilo and Michael Rozins (collectively, the "Defendants"); and

Defendants having not yet filed an Answer but denying that any of them, individually or jointly, engaged in any conduct violative of any of the provisions of the FLSA and/or the NYLL and denying all of the claims and causes of action asserted in the Complaint; and

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/1/2015

9

Plaintiff and his counsel and Defendants have agreed upon a settlement of the claims asserted by Plaintiff as memorialized in a *Settlement Agreement and General Release* which has been presented to this Court for its review and approval; and

The Court having reviewed the *Settlement Agreement and General Release* does hereby approve same;

IT IS THEREFORE AGREED BY AND BETWEEN Plaintiff and Defendants that, subject to and upon this Stipulation of Settlement being "So Ordered" by the Court, the settlement is hereby approved by the Court and this action be and hereby is dismissed, discontinued and withdrawn, with prejudice.

Dated: White Plains, New York
August 13, 2015

JORDAN EL-HAG, ESQ.
Attorney for Plaintiff

By: _____
Jordan El-Hag, Esq.
777 Westchester Avenue – Suite 101
White Plains, New York 10604
914.755.1579

Dated: White Plains, New York
August 13, 2015

JONATHAN P. ARFA, P.C.
Attorney for Defendants

By: _____
Jonathan P. Arfa, Esq.
2 Westchester Park Drive
White Plains, New York 10604
914.694.1000

SO ORDERED:

This __1st__ day of Sept, 2015

_____
Hon. Nelson S. Román, U.S.D.J.

10